OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 13, 2025

Pamela Bondi
OIL
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Karen L. Hoffmann
Law Offices of Stanley J. Ellenberg
1500 John F. Kennedy Boulevard
Suite 1825
Philadelphia, PA 19102

RE: Reginaldo Pereira, et al v. Attorney General United States of America
Case Number: 25-3222
Agency Case Number: A220-286-590
Agency Case Number: A220-286-591

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at https://www.ca3.uscourts.gov/forms.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition for review filed

by **Reginaldo Do Carmo Pereira, Edileidy Maria Da Silva**, docketed at **No. 25-3222**. The petition was received on **November 12, 2025.** All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov.

Pursuant to Fed. R. App. P. 17 (a), the agency must file the record with this Court within forty (40) days after being served with the petition for review, unless the statute authorizing review provides otherwise.

Attached is a copy of the full caption. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

The docketing fee of $600.00 was received on **November 12, 2025**. electronically.

11/12/25 at 4:22 pm. Payment made through pay.gov. A03-67937966.

For Immigration cases only:

The filing of this petition for review will not automatically stay removal. A separate Motion for Stay of Removal must be filed.

**Counsel for Petitioner(s) must file:**
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities);
4. Docketing Statement.
These forms must be filed **within 14 days of the date of this letter.**

**Failure of Petitioner(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Cir. LAR Misc. 107.2.**

**Counsel for Respondent(s) must file:**
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities).
These forms must be filed **within 14 days of the date of this letter**.

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936