# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-3222

REGINALDO PEREIRA, et al., Petitioners

VS.

U.S. ATTORNEY GENERAL

(Agency No. A220-286-590 & -591)

Present:  KRAUSE, and MATEY, *Circuit Judges*

Submitted are:

(1)     Petitioner's motion for a stay of removal;

(2)     The Government's opposition thereto; and

(3)     Petitioner's reply

in the above-captioned case.

Respectfully,


Clerk


_____ORDER_____

The motion for a stay of removal is **DENIED**.  We have carefully considered the motion and conclude that Petitioners have not shown a likelihood of success on the merits of their petition for review.  *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re Revel AC, Inc.*, 802 F.3d 558, 568 (3d Cir. 2015).  In particular, they have not demonstrated that they are likely to succeed on their contention that the Board of Immigration Appeals erred in declining to grant them humanitarian asylum.  *See* 8 C.F.R. § 208.13(b)(1)(iii); *Sheriff v. Att'y Gen.*, 587 F.3d 584, 593 (3d Cir. 2009) (explaining that humanitarian asylum is available to an applicant who has suffered past persecution and who does not

face a reasonable possibility of future persecution).  The temporary administrative stay of removal entered on January 13, 2026, is vacated.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: March 10, 2026
Lmr/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk